**Joseph Bernard PONDER, Petitioner—Appellant,**

v.

**Robert O. LAMPERT, Respondent— Appellee.**

No. 04–35477.

United States Court of Appeals, Ninth Circuit.

Submitted March 23, 2005.*

Decided April 4, 2005.

Thomas J. Hester, FPDOR—Federal Public Defender's Office (Portland), Portland, OR, for Petitioner–Appellant.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Ryan P. Kahn, Leonard W. Williamson, Esq., AGOR—Office of the Oregon Attorney General (Salem), Salem, OR, for Respondent–Appellee.

Before: B. FLETCHER, TROTT, and PAEZ, Circuit Judges.

## MEMORANDUM **

Joseph Bernard Ponder, an Oregon state prisoner, appeals from the district court's dismissal of his 28 U.S.C. § 2254 petition for failure to exhaust. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

The district court properly dismissed the instant § 2254 petition for failure to exhaust, because the only instance in which Ponder presented the instant claim to the Oregon Supreme Court was via an improper procedural vehicle. *See Roettgen v. Copeland,* 33 F.3d 36, 38 (9th Cir. 1994) (per curiam) (holding that petitioner failed to exhaust state remedies when he presented claim in the state habeas petition instead of Ariz. Rule 32 post-conviction proceeding); *Peterson v. Lampert,* 319 F.3d 1153, 1154 (9th Cir.2003) (holding that petitioner did not fairly present his ineffective assistance claim to the Oregon Supreme Court and therefore failed to exhaust).

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.